F I L E D
Clerk
District Court

MAY 23 2007

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARMAN ABBOT REDOR,<br><br>　　　　Defendant. | Criminal Case No. 07- **00016**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., § 371 – Conspiracy (Ct. 1);<br>Title 18, U.S.C., §§ 287, 2 – Submission Of A False Claim (Ct. 2);<br>Title 26, U.S.C., § 7206(2) – Aid And Assistance To Tax Fraud (Cts. 3-5). |

The Grand Jury charges:

### COUNT ONE

### Conspiracy To Submit False Claims And To Aid And Assist Tax Fraud

1.　From in or about February, 2007, continuing to on or about April 2, 2007, in the District of the Northern Mariana Islands and elsewhere, ARMAN ABBOT REDOR, the defendant, together with Dianne Marie R. Sablan and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate and agree, together and with each other, to commit offenses against the United States, to wit, to submit false, fictitious and fraudulent claims against the United States in violation of Title 18, United States Code, Section 287; and to aid, assist, counsel, procure and advise tax fraud in violation of Title 26, United States Code, Section 7206(2),

　　　　(Title 18, United States Code, Section 371).

The Grand Jury further charges:

### COUNT TWO

### Submission Of A False Claim

2.　On or about February 16, 2007, in the District of the Northern Mariana Islands and elsewhere, ARMAN ABBOT REDOR, the defendant, unlawfully, knowingly and willfully

1  made and presented to a department or agency of the United States, to wit, the Internal Revenue
2  Service, a claim upon or against the United States, and any department or agency thereof, to wit,
3  the 2006 Form 1040 of ARMAN ABBOT REDOR, the defendant, knowing such claim to be
4  false, fictitious and fraudulent,
5        (Title 18, United States Code, Sections 287 and 2).
6  The Grand Jury further charges:
7                COUNT THREE
8              Aid And Assistance To Tax Fraud
9        3.    On or about February 15, 2007, in the District of the Northern Mariana Islands
10 and elsewhere, ARMAN ABBOT REDOR, the defendant, unlawfully, knowingly and willfully
11 aided, assisted, counselled, procured and advised the preparation and presentation under, and in
12 connection with a matter arising under, the internal revenue laws, of a return, affidavit, claim,
13 and other document, to wit, the 2006 Form 1040 of M.S.M., which was fraudulent and false as to
14 a material matter,
15       (Title 26, United States Code, Section 7206(2)).
16 The Grand Jury further charges:
17                COUNT FOUR
18              Aid And Assistance To Tax Fraud
19       4.    On or about February 16, 2007, in the District of the Northern Mariana Islands
20 and elsewhere, ARMAN ABBOT REDOR, the defendant, unlawfully, knowingly and willfully
21 aided, assisted, counselled, procured and advised the preparation and presentation under, and in
22 connection with a matter arising under, the internal revenue laws, of a return, affidavit, claim,
23 and other document, to wit, the 2006 Form 1040 of A.S.S., which was fraudulent and false as to
24 a material matter,
25       (Title 26, United States Code, Section 7206(2)).
26 ///
27 ///
28

1 The Grand Jury further charges:

## COUNT FIVE

### Aid And Assistance To Tax Fraud

5. On or about February 20, 2007, in the District of the Northern Mariana Islands and elsewhere, ARMAN ABBOT REDOR, the defendant, unlawfully, knowingly and willfully aided, assisted, counselled, procured and advised the preparation and presentation under, and in connection with a matter arising under, the internal revenue laws, of a return, affidavit, claim, and other document, to wit, the 2006 Form 1040 of J.A.C., which was fraudulent and false as to a material matter,

(Title 26, United States Code, Section 7206(2)).

Dated this 23rd day of May, 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney