| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | TIMOTHY E. MORAN<br>Assistant United States Attorney |
| 3 | DISTRICT OF THE NORTHERN MARIANA ISLANDS |
| 4 | Horiguchi Building, Third Floor<br>P.O. Box 500377 |
| 5 | Saipan, MP 96950 |
| | Telephone: (670) 236-2982 |
| 6 | Fax: (670) 236-2985 |

F I L E D
Clerk
District Court

MAY 23 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 00016 |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| ARMAN ABBOT REDOR, | ) | |
| Defendant. | ) | |

Upon the application of the United States of America, it is hereby ORDERED that the Clerk shall maintain this file under seal until further order of the Court.

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE