## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00016  May 24, 2007
9:00 a.m.

**UNITED STATES OF AMERICA  -V- ARMAN ABBOT REDOR**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
K. LYNN LEMIEUX, COURTROOM DEPUTY
SANAE N. SHMULL, COURT REPORTER
ARMAN ABBOT REDOR, DEFENDANT
TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY

PROCEEDINGS:  INITIAL APPEARANCE

Defendant appeared without counsel.  Government was represented by Timothy Moran, AUSA.

Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

Defendant was advised that if he did qualify for a Court Appointed counsel that one would be appointed for him.  Defendant stated he wanted the Court to appoint counsel.  Court, after review of the affidavit, ordered the Clerk to appoint the next CJA attorney on the list.

Court set the arraignment hearing for 9:00 a.m. tomorrow morning.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

Government moved to unseal this case.  Court so ordered.

Adjourned at 9:05 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy