## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*************************************************************************

CR-07-00016                                                May 25, 2007
                                                           9:00 a.m.

### UNITED STATES OF AMERICA -vs- ARMAN ABBOT REDOR

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           COLIN THOMPSON, COURT-APPOINTED ATTORNEY FOR DEFENDANT
           ARMON ABBOT REDOR, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT

   Defendant **ARMAN ABBOT REDOR** appeared with court-appointed counsel, Attorney Colin Thompson.  Government was represented by Timothy Moran, AUSA.

   Attorney Thompson stated that they were ready to proceed with the Arraignment.

   Defendant was sworn and advised of his constitutional rights.

   Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him.  Court set jury trial for **July 2, 2007 at 9:00 a.m.**  Pretrial motions shall be filed by **Friday, June 8, 2007.**

   Government moved that the defendant be held without bail due to a flight risk.  No argument from the Defense at this time without prejudice to bring a motion at a later time.  Court ordered that he be remanded into the custody of the U.S. Marshal.

   The defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

                                                   Adj. 9:10 a.m.


                                                   /s/K. Lynn Lemieux, Courtroom Deputy