AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

ORIGINAL

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**ARMAN ABBOT REDOR,**

    Defendant.

## WARRANT FOR ARREST

CASE NUMBER: **07 - 00016**

To: The United States Marshal
and any Authorized United States Officer

FILED
Clerk
District Court

YOU ARE HEREBY COMMANDED to arrest **ARMAN ABBOT REDOR**  MAY 29 2007

and bring him forthwith to the nearest magistrate to answer a(n)

For The Northern Mariana Islands
By _____
    (Deputy Clerk)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy To Submit False Claims And To Aid And Assist Tax Fraud (Count 1)**
**Submission Of A False Claim (Count 2)**
**Aid And Assist To Tax Fraud (Counts 3-5)**

in violation of Title **18** United States Code, Sections **287, 2 and 26 U.S.C., § 7206(2)**

and in violation of Title **18** United States Code, Section(s) **371**

**HONORABLE ALEX R. MUNSON**
Name of Issuing Officer

_Alex R. Munson_ (signature)
Signature of Issuing officer

**CHIEF JUDGE, DISTRICT COURT OF THE NMI**
Title of Issuing Officer

**5/23/07 - SAIPAN, CNMI**
Date and Location

Bail fixed at $ **NO BAIL**  by  _Alex R. Munson_
    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _Saipan_

| DATE RECEIVED 05/23/07 | NAME AND TITLE OF ARRESTING OFFICER Mike Ball, Special Agent IRS-CI | SIGNATURE OF ARRESTING OFFICER Mike Ball |
|---|---|---|
| DATE OF ARREST 05/23/07 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____