F I L E D
Clerk
District Court

JUN 1 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARMAN ABBOT REDOR,<br><br>Defendant. | Case No. CR-07-00016<br><br>**ORDER DENYING<br>MOTION TO COMPEL** |
|---|---|

**THIS MATTER** came before the court on June 8, 2007, on the defendant's motion to compel discovery. Motion to Compel Discovery, No. 8 (June 8, 2007). **THE COURT**, having considered the defendant's written arguments, finds that the motion is premature and **DENIES** the defendant's motion to compel without the necessity of a hearing.

Pursuant to Federal Rule of Criminal Procedure 16, the court may compel the government to disclose certain discoverable evidence after the defendant has unsuccessfully requested such evidence from the government. Accordingly, because the moving papers do not suggest that the defendant made such a request or that such a request was refused by the government, the court **DENIES** the defendant's motion to compel without prejudice.

**IT IS SO ORDERED.**

**DATED** this 11th day of June, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge