# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CR-07-00016-001                                              June 25, 2007
                                                             9:00 a.m.

### UNITED STATES OF AMERICA  -vs- ARMAN ABBOTT REDOR

PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
            K. LYNN LEMIEUX, COURT ROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            ERIC O' MALLEY, ASSISTANT U.S. ATTORNEY
            COLIN THOMPSON, ATTORNEY FOR DEFENDANT
            ARMAN ABBOTT REDOR, DEFENDANT


PROCEEDINGS:    **CHANGE OF PLEA.**

Defendant appeared with court-appointed counsel, Attorney Colin Thompson. Government was represented by Eric O'Malley, AUSA. Also present was Margarita Wonenberg, U.S. Probation Officer.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings in the courtroom today.

Court reviewed each of the charges, in the indictment, with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea of guilty.

Court ordered a Presentence Investigation Report be submitted by August 28, 2007 and that the **Sentencing hearing be set for Tuesday, October 2, 2007 at 9:00 a.m.**

Court ordered that the $100 assessment be paid by the end of the week.

Court ordered that the defendant be remanded into the custody of the U.S. Marshal.

Adjourned at 9:30 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy