FILED
Clerk
District Court

JUN 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 07-00016 |
| ) | |
| Plaintiff, ) | |
| vs. ) | ORDER SETTING |
| ) | SENTENCING DATE |
| ARMAN ABBOTT REDOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **August 28, 2007.** Sentencing is scheduled for **Tuesday, October 2, 2007** commencing at the hour of nine o'clock a.m.

DATED this 25th day of June, 2007.

*[signature]*
ALEX R. MUNSON, Chief Judge