UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

*********************************************************************************************

CR-07-00016-001                                                October 2, 2007
                                                               9:10 a.m.

**UNITED STATES OF AMERICA -v- ARMAN REDOR**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Courtroom Deputy
           ERIC O'MALLEY, Assistant U. S. Attorney
           COLIN THOMPSON, Counsel for Defendant
           ARMAN REDOR, Defendant

PROCEEDING:   SENTENCING

Defendant was present with his counsel, Attorney Colin Thompson. Government by Eric O'Malley, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

No objection by the government and defendant to the pre-sentence report.

Court adopted the presentence investigation report, and the addendum, and instructed the Clerk to file the report, under seal, and that the report be made available if the judgment is appealed. The probation officer's recommendation shall also be placed under seal. No objection by the parties.

Government made a recommendation of 10 to 13 months imprisonment. Defense made a recommendation for the lowest end of the guidelines.

Defendant made his allocution.

SENTENCE: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant **ARMAN REDOR** is hereby sentenced to **10 months** imprisonment as to Count I with credit for time served. Upon release from imprisonment, the defendant is ordered to serve a term of supervised release of three years which will include the following conditions:

1.   The defendant shall be delivered over to a duly authorized immigration official for deportation proceedings pursuant to 18 U.S.C. § 3583(d), and with the established procedures provided by the Immigration and Naturalization Act under 8 U.S.C. § 1101. As a further condition of supervised release, if deported, the defendant shall remain outside the United States and not re-enter without the permission of the Secretary of the Department of

        Homeland Security. If deportation does not occur and the defendant is released from confinement pending further immigration proceedings, he shall immediately report to the U.S. Probation Office to begin his term of supervised release;

2. The defendant shall not commit another federal, state, or local crime;

3. The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The mandatory drug testing requirement is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse;

4. The defendant shall submit to the collection of a DNA sample at the direction of the U.S. Probation Office;

5. The defendant shall comply with the conditions of supervision as adopted by this Court;

6. The defendant shall be prohibited from possessing a firearm or other dangerous weapon, as defined by federal, state, or local law, or have such weapon where he resides;

7. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer;

8. The defendant shall provide the probation officer access to any requested financial information; and,

9. The defendant shall complete 300 hours of community service under the direction of the U.S. Probation Office.

Pursuant to U.S.S.G. § 5E1.1(a)(1), the defendant shall make restitution in the amount of $2,191.00 to the Internal Revenue Service. Payments shall be made to the U.S. District Court of the Northern Mariana Islands, Attn: Clerk of Court, P.O. Box 500687, Saipan, MP, 96950 for disbursement to the IRS at the following address: Internal Revenue Service, Atlanta, Georgia, 39901. Checks sent to the IRS shall reference the defendant's name and tax year 2006.

Pursuant to U.S.S.G. § 5E1.2(e), all fines are waived since it has been determined that the defendant does not have the ability to pay.

It is further ordered that the defendant pay to the United States a special assessment fee of $100 to be paid immediately after sentencing.

No objection to the sentence by the attorneys. Defendant was advised that he had previously waived his right to appeal the sentence in this case but that if he or his attorney find any other reason in which to appeal that he had ten days in which to do so. Further, the defendant was advised of his right to an attorney for appeal and that the Court will appoint an attorney if he could not afford one.

      Government made a motion to dismiss Counts II, III, IV and V on the indictment. Court so ordered.

      Court remanded the defendant back into the custody of the U.S. Marshal.

      Adj. 9:30 a.m.

      /s/K. Lynn Lemieux, Courtroom Deputy