Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917, Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00016 |
| Plaintiff, | MOTION TO WITHDRAW AS COUNSEL OF RECORD |
| v. | |
| ARMAN ABBOT REDOR. | |
| Defendant. | |

**COMES NOW**, Colin M. Thompson, attorney for Arman A. Redor in the above entitled matter (hereafter "Defendant'), and moves the Court for its Order allowing him to withdraw as counsel of record. On May 24, 2007, the undersigned was appointed by the Court to represent Mr. Redor. On June 25, 2007, Mr. Redor entered a Plea of Guilty pursuant to a plea agreement negotiated with the United States Attorney. A Sentencing hearing was held on October 2, 2007. Because the Plea Agreement and Sentencing disposes of the case, undersigned counsel respectfully moves the Court to grant this Motion to withdraw.

Dated this 1st day of December, 2007

_____/s/_____
**COLIN M. THOMPSON, ESQ.**
Attorney for Defendant