FILED
Clerk
District Court

DEC -3 2007

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARMAN ABBOT REDOR,<br><br>Defendant. | Criminal Action No. 07-00016<br><br>Order Granting Request to Withdraw as Counsel |

Eric O'Malley
Assistant USAG
P.O. Box 500377
Saipan, MP 96950

Colin M. Thompson
Attorney at Law
PMB 917, Box 10001
Saipan, MP 96950

The request of Colin M. Thompson, attorney for Arman A. Redor, to withdraw as counsel of record for this case is hereby GRANTED.

IT IS SO ORDERED.

DATED this 3rd day of December, 2007.

_____
Judge Alex R. Munson